**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AGUSTIN GONZALEZ AREVALA,<br><br>Petitioner,<br><br>vs.<br><br>BRIAN MCSHANE, *Field Office Acting Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:25-cv-559<br>Judge Stephanie L. Haines<br>Magistrate Judge Richard A. Lanzillo |

**MEMORANDUM ORDER**

Presently before the Court is a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Agustin Gonzalez Arevala ("Petitioner") (ECF No. 1). Petitioner was detained at Moshannon Valley Detention Center and asserted that he should be held under 8 U.S.C. § 1226(a) which afforded him rights that he was not receiving. Petitioner sought various remedies including a bond hearing. While his Petition was pending, Petitioner was released on $10,000.00 bond. Based on his release, Respondents filed a Motion to Dismiss (ECF No. 9) stating the Petition was moot. In the interim the Department of Homeland Security appealed Petitioner's release to the Board of Immigration Appeals ("BIA") and the BIA vacated the Immigration Judge's decision to release the Petitioner on bond.[1] This matter was referred to Magistrate Judge Richard A. Lanzillo for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On September 23, 2026, Magistrate Judge Lanzillo filed a Report and Recommendation (ECF No. 15) recommending that the Motion to Dismiss (ECF No. 9) be denied because the appeal

[1] The Court is unaware of whether Petitioner has been re-detained since the vacatur.

remains pending and thus, there is an active controversy. The Parties were advised they could file objections to the Report and Recommendation by October 7, 2026. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 15) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Lanzillo in this matter.

Accordingly, the following order is entered:

**ORDER**

AND NOW, this 13th day of October, 2026, IT IS ORDERED that Motion to Dismiss (ECF No. 9) be DENIED; and,

IT IS FURTHER ORDERED that Magistrate Judge Lanzillo's Report and Recommendation (ECF No. 15) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that Respondents are to file a response to the Petition within seven (7) days and state any factual or legal grounds they believe exist to distinguish this case from the United States Court of Appeals for the Third Circuit's precedential decision in *Buele Morocho v. Warden Philadelphia FDC*, Nos. 26-1150, 26-1454, 2026 WL 2546223 (3d Cir. Aug. 28, 2026). If Respondents contend that *Buele Morocho* does not control, then they shall file a response to the petition identifying with specificity the factual and legal basis for that position and shall attach any supporting immigration records. [2]

---

[2] The Court notes that Magistrate Judge Lanzillo recommended that if Respondents concur that Petitioner's case should be decided under *Buele Morocho v. Warden Philadelphia FDC*, the Petition be granted without further referral and that the Court order Petitioner's release in accordance with the Immigration Judge's bond order of January 12, 2026. This Court will review of the Respondents' response and thereafter render a decision.

Stephanie L. Haines
United States District Judge